UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61926-RKA

GARFIELD SPENCE,

    Plaintiff,

v.

NEWBON LAND PARTNERS, LTD.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, GARFIELD SPENCE, and Defendant, NEWBON LAND PARTNERS, LTD. ("Owner Defendant"), pursuant to the Federal Rules of Civil Procedure, move to dismiss with prejudice the action as a resolution of all matters in dispute between the Parties pursuant to a written Settlement Agreement executed between them.

| | |
|---|---|
| **FRANK, WEINBERG, & BLACK, P.L.** | **ALBERTO R. LEAL, ESQ.** |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 1875 NW Corporate Blvd., Suite 100 | 8927 Hypoluxo Road |
| Boca Raton, FL 33431 | Lake Worth, FL 33463 |
| Telephone: (561) 989-0700 | Telephone: (954)637-1868 |
| Email: rslatoff@fwblaw.net | albertolealesq@gmail.com |
|        cmirabile@fwblaw.net | |
| | |
| By: _____ | By: /s/ Alberto R. Leal |
| Robert T. Slatoff, Esq. | Alberto Leal, Esq. |
| Fla. Bar No. 816116 | Fla. Bar No. 1002345 |
| Constantina Alexandrou Mirabile, Esq. | |
| Fla. Bar No. 90853 | |
| | |
| Dated: November 8, 2022 | Dated: November 8, 2022 |